# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 19, 2014

## NO. 03-12-00183-CV

**Appellant, Raymond Bloch// Cross-Appellants, SAVR Communications, Inc.; and OnAsset Intelligence, Inc.**

**v.**

**Appellees, SAVR Communications, Inc.; OnAsset Intelligence, Inc.; VanOwen Group Acquisition Company, Inc.; Adam Crossno; and John Crossno// Cross-Appellee, Raymond Bloch**

### APPEAL FROM 53RD DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES PURYEAR, PEMBERTON, AND ROSE
### AFFIRMED -- OPINION BY JUSTICE PEMBERTON

This is an appeal from the judgment signed by the district court on December 1, 2011. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the district court's judgment. Therefore, the Court affirms the district court's judgment. Each party shall pay the costs of the appeal incurred by that party, both in this Court and the court below.